**Peter STANCOFF v. UNITED STATES of America.**

No. 6591.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1933.

O. Guy Frick, of Detroit, Mich., for appellant.

Louis M. Hopping, Asst. U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed, pursuant to stipulation.